UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA CLAIRE GILLEON,<br><br>                              Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                              Defendant. | Case No.: 3:15-cv-02325-BEN-BGS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>**[Docket Nos. 16, 21, 27]** |

Plaintiff Melissa Claire Gilleon filed this action seeking judicial review of the Social Security Commissioner's denial of her application for disability insurance benefits. (Docket No. 1.) A briefing schedule was issued. (Docket Nos. 13, 15, 20.) Plaintiff filed a Motion for Summary Judgment. (Docket No. 16.) Defendant filed a Cross-Motion for Summary Judgment and an Opposition to Plaintiff's Motion. (Docket Nos. 21-22.)

On August 5, 2016, Magistrate Judge Bernard G. Skomal issued a thoughtful and thorough Report and Recommendation recommending this Court grant in part and deny in part Plaintiff's Motion for Summary Judgment and grant in part and deny in part Defendant's Cross-Motion for Summary Judgment. (Docket No. 27.) The Report and Recommendation recommended a limited remand for the Administrative Law Judge

("ALJ") to conduct further factfinding on a recent decision by the Department of Veterans Affairs ("VA") and determine whether the VA's decision was based on new evidence not previously before the ALJ and whether this information changes the disability determination. (*Id.*)

Any objections to the Report and Recommendation were due August 12, 2016. Neither party has filed any objections. For the reasons that follow, the Report and Recommendation is **ADOPTED.**

A district judge "may accept, reject, or modify the recommended disposition" of a magistrate judge on a dispositive matter. Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). "[T]he district judge must determine de novo any part of the [report and recommendation] that has been properly objected to." Fed. R. Civ. P. 72(b)(3). However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.

The Court has considered and agrees with the Report and Recommendation. The Court **ADOPTS** the Report and Recommendation. Plaintiff's Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART.** Defendant's Cross-Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART.** The matter is remanded to the Social Security Administration for further proceedings consistent with this Order and the Report and Recommendation.

**IT IS SO ORDERED.**

Dated: August 29, 2016

Hon. Roger T. Benitez
United States District Judge